IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFREY PAUL EUGENE STOUT,    )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )        2:19cv494-MHT
                              )           (WO)
JOHN CROW, et al.,            )
                              )
        Defendants.           )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit raising claims of failure to protect him from stabbing by a violent prisoner who was abusing methamphetamine, delay of needed medical care, excessive force, and deprivation of due process at the Staton and/or Kilby Correctional Facilities. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment be granted in part and denied in part. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

Appropriate orders will be entered.

DONE, this the 6th day of March, 2024.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE

2