IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFREY PAUL EUGENE STOUT,   )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:19cv494-MHT
                             )           (WO)
JOHN CROW, et al.,           )
                             )
     Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 58) is adopted.

(2) Defendant Wexford Health Sources, Inc.'s motion for summary judgment (Doc. 23) is granted, and judgment is entered in favor of defendant Wexford Health Sources, Inc. and against plaintiff Jeffrey Paul Eugene Stout, with plaintiff Stout taking nothing by his complaint.

(3) Defendants John Crow, Jimmy Thomas, Deteri

Mayes, and Joshua Bethea's motion for summary judgment (Doc. 24) is granted as to plaintiff Stout's Eighth Amendment claims for delay of medical care, and judgment is entered in favor of said defendants and against plaintiff Stout, with plaintiff Stout taking nothing by his complaint, on said claims.

(4) Defendants Crow, Thomas, Mayes, and Bethea's second motion for summary judgment (Doc. 35) is granted in part and denied in part, as follows.

    (a) Summary judgment is granted to defendant Thomas, and judgment is entered in favor of defendant Thomas and against plaintiff Stout, with plaintiff Stout taking nothing by his complaint.

    (b) Summary judgment is granted to defendant Crow on plaintiff Stout's Fourteenth Amendment due-process claim, and judgment is entered in favor of defendant Crow and against plaintiff Stout, with plaintiff Stout taking nothing by his complaint, on the due-process claim.

(c) Summary judgment is denied to defendant Crow on plaintiff Stout's Eighth Amendment claim for failure to protect.

(d) Summary judgment is denied to defendants Mayes and Bethea on plaintiff Stout's Eighth Amendment excessive-force claim.

(5) Defendants Wexford Health Sources, Inc. and Jimmy Thomas are terminated as parties to this action.

(6) The following claims will proceed: plaintiff Stout's Eighth Amendment failure-to-protect claim against defendant Crow; plaintiff Stout's Eighth Amendment excessive-force claims against defendants Mayes and Bethea. These claims will be set for a jury trial.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of March, 2024.

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE