IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFREY PAUL EUGENE STOUT,   )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:19cv494-MHT
                             )           (WO)
JOHN CROW, et al.,           )
                             )
     Defendants.             )
```

ORDER

Pending the setting of a jury trial, it is ORDERED that, pursuant to 28 U.S.C. § 636, this case is referred to the United States Magistrate Judge to pursue mediation, appointment of counsel through the Pro Se Assistance Program to represent plaintiff Jeffrey Paul Eugene Stout in the mediation, and if the mediation fails, appointment of counsel for trial.

The clerk of court is DIRECTED to close this case administratively pending the mediation process. If mediation fails, the case will be reopened for trial.

DONE, this the 6th day of March, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE